# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **MARGARET BROUILLARD,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 4:26-10090-MRG |
| **TODD LYONS ET AL,** | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

**GUZMAN, D.J.**

In accordance with the Court's Order dated February 23, 2026, [ECF 28] DENYING the habeas petition in this case, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

February 27, 2026          /s/Suzanne Frisch
Date                              Deputy Clerk